JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEBREN A. PIERCE, | ) ) | Case No. EDCV 11-0641-GAF (JEM) |
| Petitioner, | ) ) | |
| v. | ) ) | **J U D G M E N T** |
| PAUL LOPEZ, Warden, | ) ) | |
| Respondent. | ) ) ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  May 28, 2013



_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**