JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEBREN A. PIERCE,                                    )     Case No. EDCV 11-0641-GAF (JEM)
                                                     )
                            Petitioner,              )
                                                     )     **J U D G M E N T**
            v.                                       )
                                                     )
PAUL LOPEZ, Warden,                                  )
                                                     )
                            Respondent.              )
_____             )

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  May 28, 2013



**JS-6**

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE